**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alvin Jerones PURDIE, Jr., a/k/a Purdie Boy, Defendant–Appellant.**

**No. 02–7225.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 21, 2002.

Alvin Jerones Purdie, Jr., Appellant Pro Se. Christine Blaise Hamilton, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Alvin Purdie seeks to appeal the district court's judgment denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's order and conclude for the reasons stated by the district court that Purdie has not made a substantial showing of the denial of a constitutional right. *See United States v. Purdie,* Nos. CR–94–46; CA–02–191–H (E.D.N.C. filed June 14, 2002; entered June 17, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*